United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Hamed C Kone  
    Debtor

Case No. 16-18295-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Randi     Page 1 of 2     Date Rcvd: Jun 07, 2017  
                 Form ID: pdf900     Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2017.

```
db              Hamed C Kone,    2706 Country Club Road,    Philadelphia, PA   19131
13830892       +Aes/pheaa 2012 -1 Fr,    Po Box 61047,    Harrisburg, PA 17106-1047
13830893       +Bank of America, N.A.,    7105 CORPORATE DRIVE,    Plano, TX 75024-4100
13903125       +Bank of America, N.A.,    c/o PennyMac Loan Services, LLC,    6101 Condor Drive, Suite 200,
                 Moorpark, CA 93021-2602
13830895       +Central Finl Control,    Po Box 660873,    Dallas, TX 75266-0873
13830897       +Chase - Best Buy,    Po Box 15298,    Wilmington, DE 19850-5298
13830898       +Chase Bank Usa, Na,    Po Box 15298,    Wilmington, DE 19850-5298
13830900       +Citizens Bank,    1 Citizens Dr,    Riverside, RI 02915-3000
13830901       +Fed Loan Servicing,    Po Box 60610,    Harrisburg, PA 17106-0610
13830905       +Jpmorgan Chase Bank,    Po Box 24696,    Columbus, OH 43224-0696
13830907       +PGW,    Credit and Collections Department,    800 W. Montgomery Avenue, 3rd Floor,
                 Philadelphia, PA 19122-2806
13846737       +PHEAA,    PO BOX 8147,    HARRISBURG, PA 17105-8147
13832889       +Pennymac Loan Srvs Inc.,    c/o Powers Kirn & Assocs LLC,    8 Neshaminy Interplex, Ste. 215,
                 Trevose, PA 19053-6980
13830910       +Powers, Kirn & Associates, LLC,    Eight Neshaminy Interplex,    Suite 215,
                 Trevose, PA 19053-6980
13830911       +Revenue Recovery Corp,    612 Gay St,    Knoxville, TN 37902-1603
13830913       +Toyota Motor Credit Co,    240 Gibraltar Rd Ste 260,    Horsham, PA 19044-2387
13900755       +Toyota Motor Credit Corp.,    c/o Brian C. Nicholas, Esq.,    KML Law Group PC,
                 701 Market St., Ste. 5000,    Phila., PA 19106-1541
13860365       +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
13830914       +Trumark Financial Cr,    335 Commerce Dr,    Fort Washington, PA 19034-2712
13884411        U.S. Department of Education,    c/o FedLoan Servicing,    P.O. Box 69184,
                 Harrisburg, PA 17106-9184
13831824       +U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
                 Washington, DC 20410-0002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Jun 08 2017 01:26:48     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 08 2017 01:26:25
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 08 2017 01:26:46     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13879349        E-mail/PDF: resurgentbknotifications@resurgent.com Jun 08 2017 01:21:45
                 Ashley Funding Services, LLC its successors and,    assigns as assignee of Syndicated,
                 Office Systems, Inc.,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
13830894       +E-mail/Text: bknotice@bhlmlaw.com Jun 08 2017 01:26:23
                 Blatt, Hassenmiller, Leibsker, & Moore,    1835 Market Street, Suite 501,
                 Philadelphia, PA 19103-2933
13919586        E-mail/Text: james.feighan@phila.gov Jun 08 2017 01:27:06     WATER REVENUE BUREAU,
                 c/o PAMELA ELCHERT THURMOND,    LAW DEPARTMENT TAX UNIT,    BANKRUPTCY GROUP, MSB,
                 1401 JOHN F. KENNEDY BLVD.,    5TH FLOOR,    PHILADELPHIA, PA 19102-1595
13830899       +E-mail/Text: bankruptcycollections@citadelbanking.com Jun 08 2017 01:26:58
                 Citadel Federal Cred U,    Po Box 147,    Thorndale, PA 19372-0147
13887979       +E-mail/Text: bankruptcycollections@citadelbanking.com Jun 08 2017 01:26:58
                 Citadel Federal Credit Union,    520 Eagleview Blvd,    Exton, PA 19341-1119
13830904       +E-mail/Text: accountservices@greenlineloans.com Jun 08 2017 01:26:57     Greenline Loans,
                 PO Box 507,    Hays, MT 59527-0507
13885171        E-mail/Text: bk.notifications@jpmchase.com Jun 08 2017 01:26:22     JPMorgan Chase Bank, N.A.,
                 National Bankruptcy Department,    P.O. Box 29505 AZ1-1191,    Phoenix, AZ 85038-9505
13903074        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 08 2017 01:29:35
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13830906       +E-mail/Text: bankruptcygroup@peco-energy.com Jun 08 2017 01:26:20     Peco Energy,
                 2301 Market Street,    Philadelphia, PA 19103-1380
13830909       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 08 2017 01:21:46
                 Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
13830912       +E-mail/PDF: gecsedi@recoverycorp.com Jun 08 2017 01:21:49     Syncb/tjx Cos,    Po Box 965005,
                 Orlando, FL 32896-5005
13830915        E-mail/Text: james.feighan@phila.gov Jun 08 2017 01:27:06     Water Revenue Bureau,
                 1401 JFK Blvd.,    Philadelphia, PA 19102-1663
                                                                                              TOTAL: 15

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```

```
District/off: 0313-2           User: Randi               Page 2 of 2                   Date Rcvd: Jun 07, 2017
                               Form ID: pdf900           Total Noticed: 36

13830896*       +Central Finl Control,    Po Box 660873,    Dallas, TX 75266-0873
13830902*       +Fed Loan Servicing,    Po Box 60610,    Harrisburg, PA 17106-0610
13830903*       +Fed Loan Servicing,    Po Box 60610,    Harrisburg, PA 17106-0610
13830908        ##philadelphia parking authority,    2467 grant avenue,    Philadelphia, PA 19114-1004
                                                                                        TOTALS: 0, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2017                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 7, 2017 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    Toyota Motor Credit Corporation
               bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              DAVID M. OFFEN    on behalf of Debtor Hamed C Kone dmo160west@gmail.com, davidoffenecf@gmail.com
              JILL MANUEL-COUGHLIN     on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 5
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| Hamed C. Kone | : | No. 16-18295-AMC |
| | : | |
| *Debtor* | : | |

### ORDER

Upon consideration of the Application for Compensation and Reimbursement of Expenses for David M. Offen, Esquire, counsel for Debtor (the "Application"), and upon Counsel for Debtor request to retain jurisdiction at the motion to Dismiss hearing on June 6, 2017, IT IS ORDERED THAT:

1. The case is dismissed.

2. Pursuant to 11 U.S.C.349(b)(3), the undistributed, pre confirmation Chapter 13 Plan payments held by the Chapter 13 Trustee shall not revest in the Debtor or any other entity pending further order of this court.

3. A hearing shall be held on July 11, 2017 at 11:00 a.m. in Bankruptcy Courtroom No. 5, United States Court House, 900 Market Street, Philadelphia, PA to consider the Application.

4. Any other party who asserts an entitlement to the allowance of an administrative expense pursuant to 11 U.S.C. 503(b) shall file its request with the court and serve all creditors in accordance with the applicable rules of court no later than five (5) days before the hearing date set forth in Paragraph 3 above.

5. Counsel for Debtor shall serve a copy of this Order on all creditors and interested parties and file Certification of Service on or before June 12, 2017.

Date: **June 7, 2017**

HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE

cc: William C. Miller, Trustee
    David M. Offen, Esquire
    Hamed C. Kone, Debtor